INDEX OF EXHIBITS

EXHIBIT A – Example of Defendant Grady advertising Plaintiff's new address before Plaintiff could even move in.

EXHIBIT B – Defendant Grady giving Plaintiff's Iowa home address to his readers.

EXHIBIT C – Defendant Grady publishing false, defamatory information about Plaintiff's fiancé.

EXHIBIT D – Messages from Defendant Johnson to Plaintiff's apartment management

EXHIBIT E – Blog Post from Defendant Grady detailing his theft of Plaintiff's identity and stalking of Plaintiff's Wisconsin location.

EXHIBIT F – Blog post showing Defendant Grady's propensity for profane defamatory harassment.

EXHIBIT G – Reviews from Amazon regarding products offered by Plaintiff, false negative reviews from Defendant Johnson as "Bluelake".

EXHIBIT H – Defamatory Blog Comments from Defendant Johnson posting as BusPassOffice and EPWJ3

EXHIBIT I – Blog post by Defendant Palmer showing her penchant for taking things said by Plaintiff and ascribing her own defamatory meaning to them.

EXHIBIT J – Examples of the mob mentality generated in the tightly moderated comment sections of blogs written by Defendants Hoge, Grady and Johnson.



# Good Afternoon, DUMBFUCK!

EXHIBIT A

I KNOW, RIGHT?

Li'l ole irrelevant me could never, ever get a response from it. It's been doing such a superlative job of ignoring this site (wink, wink) and staying below the radar where I can't see it (nudge, nudge). It's got this newfound self - control now, and it never goes silently trolling where it's not wanted...otherwise how would it know, and why would it care who was trolling it soooo veeeery HARD?

Wait. What?

That's a response?

Oh.

I guess it is, isn't it?

It has called me irrelevant before, and it will call me irrelevant again. Makes no nevermind to me. Because all it's told me so far today is a) it is visiting every day and b) where it is going to live.

Rule #4.

Because DUMBFUCK.

UPDATE – Irrelevant?

Let's review:

I trolling sooooo veeeerrrry haaaaard. As promised. Two weeks.

It visits every day from the Crappy WiFi Arms. Every. Day. If it really wants me to go away...Two weeks.

I made a promise, and I will keep it, but not before it holds up its end of the deal. But I know I'll never have to, because...Two weeks...is impossible.

And the clock just reset again. Two weeks.

It will stop. I promise. The only requirement is that it goes away and stops doing this:
monkey_dance

For how long, do you think?

EXHIBIT B
MY OPSEC IS IMPENETRABLE!
HOGE WILL NEVER FIND ME!
422 3rd Ave N

# Relational Equilibrium

**EXHIBIT C**

Uncategorized

In physics, there is the concept of thermal equilibrium, which simply states that two objects at different temperatures will reach thermal equilibrium because heat energy will flow from high temperature to low temperature. For example, a cup of hot coffee left to stand will eventually cool to room temperature. The small amount of coffee cools down, and the great big kitchen warms up, if only a tiny bit.

From an empirical perspective, this tends to hold true in personal interactions as well. The physics of relationships, to coin a phrase, show that intelligence tends to flow from areas of high concentration to low concentration. If you hang around with people smarter than you, you tend to learn things and get smarter. If you hang around with people stupider than you, you tend to get stupid.

For me, this begs the question: what if you have a person and an imaginary, inflatable, photoshopped sister-type person, both at, for lack of a better term, "absolute stupid?"

Hey! You got hair dye all over muh t-shirt!
Nuh-uh! You got t-shirt all over muh hair dye!



# What Are You Wearing, "Jake From State Farm?"

Who is this?
RENO
FROM FINAL FANTASY
she sounds hideous
Well she's a guy, so...

Hat tip: You know who you are!

Share this:

# It Has Come To Our Attention

...that the reason DUMBFUCK and his ImaginaryCaptiveInflatableNurseGirlfriend relocated out of the Conway/Myrtle Beach area to points farther inland is when he strolled the sandy beachfront, concerned environmentalists kept calling for forklifts to drag him and balloon-babe back into the surf.

Share this:

EXHIBIT D

Astar Capital Management, Inc.
CARDINAL

**Cindy Lopez <clopez@astarusa.com>**

---

## Google Bill Schmalfeldt (Juniper apt 108)

1 message

---

**Stalker Alert** <stalkeralerts@mt2015.com> Thu, Nov 19, 2015 at 9:19 AM
To: clopez@cardinalcapital.us

From: Stalker Alert <stalkeralerts@mt2015.com>
Subject: Google Bill Schmalfeldt (Juniper apt 108)

Message Body:
Did you guys actually do a BACKGROUND CHECK before admitting Bill Schmalfeldt to apartment 108 of Juniper Court?

Since the Catholics have had so much trouble with pedophiles, you'd think you might think twice before housing a disgusting man who blogged rape fantasies about children (just google "Schmalfeldt cub scouts rape")

Since you guys are on the legal hook for any crimes Schmalfeldt commits, you'd just might want to check out the RESTRAINING ORDERS he's been slapped with in a half-dozen states. (And just check out his record on the Maryland State Courts site.)

Schmalfeldt is a chronic stalker and harasser with an explosive temper. When he victimizes more people, we WILL make sure their lawyers know that YOU knew all about him, but FAILED to sever ties with him.

--
This mail is sent via contact form on Canticle and Juniper Courts http://www.canticlejunipercourts.org/wp

Astar Capital Management, Inc.
CARDINAL

Cindy Lopez <clopez@astarusa.com>

**Google resident Bill Schmalfeldt (Juniper 108)**
1 message

**Anonymous** <anonymous@foto.nl1.torservers.net> Thu, Nov 19, 2015 at 9:29 AM
To: clopez@cardinalcapital.us

Beware of Juniper resident William M. Schmalfeldt. He has a record of chronic stalking of his imagined "enemies" Sooner or later, that will include you, and he will victimize, harass and stalk you and your family. Just google Bill Schmalfeldt for his record of 6 restraining orders, lengthy criminal complaints in the Maryland State Courts, and getting fired for blogging a child-rape fantasy on the internet.

Needless to say, now that you have been warned of Schmalfeldts criminal tendencies, you will be held responsible in the press and the civil courts when Schmalfeldt harasses innocent people using Juniper's shelter and internet connections.

Over the Thanksgiving holiday weekend, Cindy Lopez, the apartment manager for Juniper Court and Canticle Court, received the following anonymous emails. On information and belief, Plaintiff maintains they were sent by ~~[illegible]~~ Defendant Johnson

From: **Concerned Badger** <i1642642@trbvm.com>
Date: Sun, Nov 29, 2015 at 1:43 PM
Subject: safety risk
To: clopez@cardinalcapital.us

From: Concerned Badger <i1642642@trbvm.com>
Subject: safety risk

Message Body:
Does Bill Schmalfeldt in Juniper #108
still have the assault rifle he is brandishing
in this photo?

http://archive.is/A0lMf

Gun owner. Restraining orders in
multiple states. Criminal stalking
record in Maryland. Are you connecting
the dots yet?

--
This mail is sent via contact form on Canticle and Juniper Courts
http://www.canticlejunipercourts.org/wp

 BusPassOffice

November 2, 2015 at 12:49 pm

11 0 Rate This

Wondering if any of these people know that one of the properties they manage has child porn broadcasting from its premises?

Canticle & Juniper Courts are managed byCardinal Capital Logo
Cardinal Capital Management, Inc.

You may call our on-site manager at 414-744-5878.

Contact Us

Cardinal Capital Management
901 S. 70th Street
West Allis, WI 53214
1 (414) 727-9902

Erich Schwenker – President
Phone: 414-727-9902
Email: eschwenker@cardinalcapital.us

Carol Keen, CPM® – Asset Manager

Phone: 414-727-9902
Email: ckeen@cardinalcapital.us

Chris Geiger, CPM® – Asset Manager

Phone: 414-727-9902
Email: cgeiger@cardinalcapital.us

Joe Thomae, CPM® – Asset Manager

Specialities: Technology and Property Insurance
Phone: 414-727-9902
Email: jthomae@cardinalcapital.us

Peter Young – Asset Manager

Phone: 414-727-9902
Email: pyoung@cardinalcapital.us

Peggy Attwood – Property Manager/Asset Manager

Phone: 414-395-4472
Email: pattwood@cardinalcapital.us

Liked by 2 people

Reply

# Busy, Busy Birdies

EXHIBIT E

The story you are about to read is true. It is multiply-sourced and independently verified.

A while back, my good buddie pal Morgana posted this:

A reminder that since 2009, Bill Schmalfeldt has been unable to drive because, he says, Parkinson's had so eroded his muscle control and executive function that he could not tell the accelerator from the brake pedal. He decided that it would be a bad idea for society at large to allow Bill Schmalfeldt behind the wheel of an automobile.

Because Parkinson's.

And for over six years, he lived as a completely worthless slug, "totally dependent" on his wife to get him from place to place, but no less [illegible] for his worthlessness.

Because where is there to go from our condition?

I wondered if he was still the miserable, contemptible sloth he had been, now that his captive chauffeur, [illegible] spouse and [illegible] had gone to her reward.

I reached out to my little birdies.

Search ...

KOPS? KOMING FOR KRENDLER? YOU'RE KIDDING?!

IT'S BEEN

211 Days

SINCE BILL SCHMALFELDT SAID THE KOPS ARE KOMING! I wonder how high this thing goes before smoke starts pouring out...

SAFETY FIRST!

IT HAS BEEN

27 Days

SINCE THE LAST TEAM KIMBERLIN FORGERY ACCIDENT

RECENT COMMENTS

I reached out to my little birdies.

One of them, Robin, was the source of all that wonderful information received in an FOIA request that became the pair of posts that showed "Stolen Valor" Bill Schmalfeldt wore medals during his second tour in the Navy for which there is no evidence that he earned. Robin reminded me that tucked away in the reams of information was a bit of data that should have been redacted but wasn't. (Oopsie Poopsie, NPRC!)

That piece of data was completely irrelevant to that story, so I didn't use it. There was no need.

But to find out what I wanted to know now, that information would come in very useful.

All states have web sites for driver services. Many allow drivers to check the status of their license online. A few have options for searching out this information based on information other than a driver's license number.

I asked another source, Jay, to look into this. Jay confirmed for me that Wisconsin is such a state and, armed with the wealth of personal information that Oversharer Bill Schmalfeldt has left online over many years, went poking at the Wisconsin DMV.

The first thing they ask for is a driver's license number.

State of Wisconsin
Department of Transportation

**Driver License Lookup**

Do you have your Wisconsin Driver License / ID Number?* ○ Yes ○ No

Jay did not have a number. Not then.

The next screen asks for two bits of information that Bill Schmalfeldt has foolishly made part of the public record. And one that my birdie Robin remembered. That's the redacted field, which I am not sharing as a matter of responsible journalism.

DONATE TO HELP THE THINKING MAN'S ZOMBIE KEEP THE KOMEDY KOMING!

PayPal - The safer, easier way to keep the undead from your door!

Credit card users click here!

RECENT POSTS

FOLLOW ME ON TWITTER

My Tweets

State of Wisconsin
Department of Transportation

**Driver License Lookup**

Do you have your Wisconsin Driver License / ID Number?* Yes • No

Full Name:* First Name MI Last Name

Date of Birth:* mm / dd / yyyy

I'm not a robot reCAPTCHA

* required field

Next Clear Exit

Providing the requested information (and proving you are not a robot) returns the following:

WILLIAM MATTHEW SCHMALFELDT Date Of Birth: 01/04/1955

**Drivers License Information**

Driver license status results as of

Driver license (expiration date: 01/04/2024)

| | |
|---|---|
| Issuance date: | 09/09/2016 |
| Classes: | D - Valid |
| Restrictions: | Corr Lenses |

**Disclaimer:** Correspondence from DMV supersedes information displayed in this application. If the information displayed contradicts other information communicated to you by DMV, please contact Wisconsin DMV email service.

Exit Print

Lazy, no-account slug Bill Schmalfeldt, who surrendered his drivers license in 2009 because ~~Parkinson's~~ Lazyfuck's disease gave him an excuse to further bind the captive nurse to him, has acquired a Wisconsin driver's license.

For the record, I will note that one redacted portion of the image above is the actual driver's license number. While this will make future searches easier, there is no reason to share it.

Any responsible journalist would do the same.

ARCHIVES

Select Month

META

- Log in
- Entries RSS
- Comments RSS
- WordPress.org

CATEGORIES

Select Category

Unfortunately, this story is about an irresponsible fake journimalist with pretend ethics that apply only to others and not to him, Bill Schmalfeldt.

This new driver's license begs several questions:

- Why would a shitsniffing DUMBFUCK who surrendered his license in 2009 – ostensibly due to the accelerating symptoms of a *progressive neurological disorder* – need a new one?
- Why would the turdrolling toddlerstalker ever think it would be wise for him to get back on the road, after seven years of complaining that the targets of his stalking and harassment are only EXACERBATING his symptoms by asking him to stop?
- Why would a lying, vexatious litigant who claims to be unable to travel outside the range of his MedicAlert device without risking his very life even need a driver's license?
- Wouldn't this toss a serious wrench in his claims that he is unable to travel to court appearances in far-off jurisdictions?
- Could it be the NINJANUNS look askance on the frequent door-to-door deliveries of budget spirits?
- Does he even own a car?

That final question I answered myself. How I did so will remain a secret. But...

Based on your address, we found the following:



1999
Ford Explorer

Bill "I Can't Drive, I Can't Travel, I'm A Pauper, Find Me A Captive Lawyer" Schmalfeldt BOUGHT HIMSELF A CAR!

Can I prove it?

Enter Little Birdie Number 3 – Paul Krendler's personal Agent Starling.

I asked Agent Starling if it would be possible to find and photograph a 1999 Ford Explorer parked at Canticle and Juniper Courts.

"Easy."

"Easy."

I'll bet this car can make it to Maryland and back.

Now – what conclusions can a reasonable zombie draw from this?

In 2009, a so-called man (actually a proven serial liar) gives up his driver's license, admitting that Parkinson's disease renders him unsafe at any speed. Seven years later, with no mate to fetch his footlongs, mail his legal laff riots, wash his droopy drawers or recycle his whiskey bottles, he buys a car. Because if there's one thing certain about *progressive neurological disorders* like Parkinson's disease – it gets better, not worse, over time.

So, is Bill Schmalfeldt faking?

That's not for me to say. I just publish all the relevant facts, and let the reader make their own decision.

And the relevant facts are:

1. By his own admission, Bill Schmalfeldt gave up his driver's license in 2009, because Parkinson's disease made it unsafe for him to drive.
2. Parkinson's disease is a *progressive neurological disorder.* It only gets worse, never better.
3. By his own description, totally disabled, wheelchair bound dating machine Bill Schmalfeldt, whose voice is now so ragged that he can no longer perform a podcast, whose stress-related Parkinson's symptoms are so advanced that opening a tub of horse poop causes him to keel over, is deeper into late stage ELEVENTYIVLIAR Parkinson's disease than ever before.
4. In 2016, alleged Parkinson's disease sufferer Bill Schmalfeldt got a driver's license and bought a 1999 Ford Explorer.

Draw your own conclusions.

# Gotta Hand It to Hoge – He Knows How To Drive Traffic

**EXHIBIT F**

[illegible]

*Editor's Note: The following appeared, word for word, at Bill Schmalfeldt's Patriot-Ombudsman blog on March [illegible], 2014, and was taken down a few days later.*

*If it was still on the blog, I would absolutely link to it. But criminals are a cowardly lot so of course, it isn't. And since it's been un-published, so to speak, there couldn't possibly be a copyright violation. Nor even a credible accusation of plagiarism, as that also would involve the true author claiming ownership.*

*To the best of my knowledge, this is the only existing proof that he wrote this post. Other bloggers may have screen capped or saved it, I don't know. I suspect, though, that if Bill Schmalfeldt should complain that he never wrote this, I will find out in one big hurry.*

[illegible]
March [illegible], 2014

[illegible]

[illegible]

[illegible]

Hoge puts his face in his hands.

[illegible]

[illegible]

[illegible]

[illegible]



*She responds with a healthy belch/fart combination. Again the plates rattle and for a moment Hoge fears some may fall from the crude plate holders his son made as part of his occupational training at that special school he went to for all those many, many years.*

*He looks at his combined output for the past week. Contributions have dwindled to nothing. So has his fan base. Oh, they're prolific, but they are few.*
*Pain*
*SPQR*
*The idiot Frankie*
*Gus Bailey*
*tombiv d*
*The execrable Howard Earl*
*The hopeless, hapless LibraryGryffon*
*The felonious Kyle Kiernan*
*The pretend general, ersatz cancer victim Paul Lemmen*
*The annoying LPWJ*
*The crazed Bettina Hoper*
*Some numbskull called "The Onlooker"*
*Someone mocking The Cabin Boy's dead brother "The Bobber"*
*The phony cousin Leroy Oddswatch*
*The mental case Palatine Pundit*
*And good old Aaron Worthing Walker. The St. Peter to his Christ fixation. The only one of the bunch worth a good god damn.*

*Sixteen Apostles. More than Jesus had. So there's that. And they attend his every word, like true disciples. They would kill if he ordered them to. And it might come to that. He would turn to Kiernan, the felon or Palatine Pundit, the self-professed nut case if it ever came to that.*

*Hoge knows he has an epistle in him. He knows he has wisdom to impart. The problem is, the apostles are incapable of absorbing wisdom. It's like trying to communicate with starlings. He has their love. Their devotion. But he knows he has something even more valuable.*

*He owns their hate. All he need do is start a thread about the Evil One, and his Team Lickspittle will fall into line and do the work he has neither the patience nor the belly to do for himself.*

Not that he didn't try. Jesus. 196 charges and the only thing that stuck was an unenforceable peace order. Well, there's more than one way to skin a fat problem.

"Are you talking about me, Daddy?" Abe Hoge realizes he spoke those last words out loud.

"Go back to your room and masturbate, son. Daddy's thinking."

"Yay! Pretend girl time," his son blurts and the house shakes again as he lumbers down the stairs. Again, Hoge worries about the plates on the wall.

The Hoge legacy! The proud Hoge lineage will end with IV. III has long since understood that his bride won't touch him. Murdering her is out of the question since she makes the real money.

"Never mind, never mind," he grumbles to himself. "Must think. Must think."

Then it dawns on him, like a 150 watt lightbulb with no shade, glaring in the dark corners of his brain.

"[illegible] is beyond my reach, but Schmalfeldt. HAH! He could die any day! Have you seen how much weaker he looked in January than he looked a year ago," he asks no one.

"Shhhhhhhh!" his wife belches. She is still pretty, but the bitterness has ruined her mind. Sad.

Schmalfeldt! He will pay for Kimberlin's crimes! I know Schmalfeldt, the CABIN BOY, knows more about the nefarious evil of Kimberlin than he lets on. If I squeeze that zit, it will pop." He realizes too late that he has just squeezed a zit on his own forehead. The pus and blood mix like catsup and mayonnaise from the edge of a burger.

*"Yes, a burger," he says to himself. First a burger, then the blog."*

*He realizes all he needs to do is offer a simple, not-particularly-inflammatory blog post about Schmalfeldt. It doesn't need to be inflammatory. The lickspittles will make it so with their comments. And it's THEIR comments that are defamatory. Not his, he gloats. THEY are the defamers, not me, he says as he reaches the kitchen, opens the mayo jar and recoils from the smell. There is no fresh jar in the cupboard.*

*"DAMN IT STRAIGHT TO BLEEDING HELL," he shrieks. "Not tonight," his wife slurs from under a blanket of tabloid newspapers. glares with baleful, contempt in his eyes at the first and only woman he has ever touched.*

*He pads back to the computer and poots forth a few words about some LIE he will invent as told by the horrible, criminal, inept Cabin Boy.*

*He hits the "send button," and feels a feeling of comfortable warmth.*

*"DAMN IT STRAIGHT TO JESUS!" he shrieks as he realizes he has wet himself yet again.*

*Editor's Note, Part 2: This is the post that has been so ably parodied elsewhere and reprinted here.*

*This post is NOT harassment. But making fun of it, is. This post is NOT hateful. But making fun of it, is.*

*Poor disabled Bill Schmalfeldt, who until about 2 weeks ago was still creating 60+ minute podcasts, now uses text-to-speech software on his book promotion videos to highlight how helpless he really is. Because he can't speak more than a sentence without lapsing into coughing fits. According to him. Poor Bill Schmalfeldt, so worried and anxious about others attacking his family and causing his wife distress. Poor, poor, pitiful Bill.*

*Sorry, Bill. It's just that you have spent too many years thinking you're the big dog on the block. And now, little dog, the truly big dogs are here, and we've had enough of your yapping.*

*To quote a great man, "Karma is a bitch, boys and girls. And you are not long from finding out how much of a fucking bitch she is."*

*You're gonna need one of these:*

EXHIBIT G

**Vice and Victory: With the Emphasis on the Former**

$15.00 FREE Shipping for Prime members once available Details | In Stock. Ships from and sold by Amazon.com. Gift-wrap available.

## Top Customer Reviews

**The author failed to mention that he has multiple restraining ...**

By Bluelake on August 26, 2014

Format: Paperback

The author failed to mention that he has multiple restraining orders and is going to court yet again for writing and harassing people on the internet. As you can clearly see from excerpts of his works, they consist of irrational dyspeptic gouts of rage of an unsettled mind. His "investigative" techniques are none - he has neither traveled or "interviewed" any of the parties in the summary of this book and the potential buyer should be very wary of anything he says or writes. He is forever an certified adjudicated serial harasser in at least one state. He also has been banned by twitter, the Examiner, The Daily Kos some for the very material he is presenting in this book. He has threatened reviewers of his books. He just threatened reviewers with legal action.

**Animus Nocendi: "Intent to Harm"**

$20.00 FREE Shipping for Prime members once available Details | In Stock. Ships from and sold by Amazon.com. Gift-wrap available.

**The author's book is under review for twitter comments - ...**

By Bluelake on August 27, 2014

The author's book is under review for twitter comments - reviewing excerpts posted by the author this is a repeat of a long campaign of harassment and was furthered by a loss in Maryland Courts by Mr. Schmalfeldt. Read his website for giving you a solid background of the depths of nastiness that has convinced judges to grant peace orders and to uphold them on appeal.

1 comment | 32 people found this helpful. Was this review helpful to you? Yes No Report abuse

**True story that should scare the dickens out of anyone.**

By T.E. on August 29, 2014

This is an interesting book as written by a lay person and his court battle against people who seems to have a vendetta against the author. The usage of the legal documents, while dry to read, illustrate what it is like to self defend in cases brought against them. It seems scary to see all the legalities one has to go through in order to protect oneself from harassment not only in the real world, but with today's technology on the internet as well.

Anonymity seems to be the key issue the author faced. How does one protects one's own safety against those who can hide behind the mask of anonymity and have friends with the means to defend them? How can one overcome someone seemingly bent on using the legal system in order to get to their own goals? What can an ordinary person do when face with something like this?

This should be a wake up call for anyone who is online. It could happen to you! Who is to say who will be the next target of online bullying spilling over into the legal system. The country's laws about this kind of behavior needs some serious looking into. I would hate to be in the Author's position.

**Cyber Ins@nity**

Available from these sellers.

## Top Customer Reviews

**Collection of probably mostly defamatory internet posts attacking people he hates**

By Bluelake on May 15, 2014

Format: Kindle Edition

The author is the subject of peace orders, now in multiple states, has had several books pulled by Amazon and other digital publishers for content problems and is an adjudicated serial harasser who uses pictures or the deaths of innocent children to further his content. Unfortunately most of the content of this book was available online and is not worthy of furthering the career of this author

**Government Of The Stupid, By The Criminals, For The Corporations**

$10.00 FREE Shipping for Prime members once available Details | In Stock. Ships from and sold by Amazon.com. Gift-wrap available.

## Top Customer Reviews

**Avoid at all costs**

By Bluelake on February 25, 2015

Format: Audio CD

This has vile explicit totally unacceptable sex stories with young children in it. This isn't the first time this author has used the self publishing platforms to spread a terrible message about sex and boy scouts

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

 BusPassOffice **EXHIBIT H** February 4, 2015 at 12:25 pm

9 0 Rate This

MY sources for all my information comes from – wait for it – Bill Schmalfeldt – he admitted online that his child audio rape fantasies were "explicit" He also said numerous times that they had to meet a penetration standard and in subsequent child rape fantasies even said hey no anal that would be against the law – so to speak – but fondling and oral were okay

So not only did he admit to making child rape pornography he said it was legal child rape pornography because there was no penetration....

Speechless.......

Like

Reply

EPWJ @mayberryville 8 Oct

@OsborneInk former BU Editor Schmalfeld - adjudicated harassment of children, women and rape fantasies of Small Children, any comment?

Details 22 : 33

10/6
2015

EPWJ @mayberryville 6 Oct

@dirtyschnitzel please answer the question, thanking you in advance - were u composing child rape fantasies while mom and wife were dying?

Details 23 : 03

EPWJ @mayberryville 6 Oct

@dirtyschnitzel when both your mom and wife were sadly passing were you still composing rape and sexual assault podcasts of small children?

Details 22 : 26

 *BusPassOffice*

**December 10, 2015 at 3:07 pm**

3 0 Rate This

Bill Schmalfeldt @DeepBrainRadio · 33s34 seconds ago
Gail is gone. She's not coming back. I am what she would want me to be, a jovial lad trying to make other people smile. It's what I do.

What raping little boy scouts sex audio recordings? Really? "Fingernail reeking of Poo" was written when she was very ill – was that a gift of love to her?

FOCUS answer the question #derp

BusPassOffice
on **23 November, 2015 at 21:27** said:

28 0 Rate This

Hmmmm making statements for Cardinal Management – I am sure Ms Lopez will be watching all activity – they seemed concerned last time we spoke

Called the police on you did they?

Wonder why, could it be that they are concerned with your 6/7/8 restraining orders?

 BusPassOffice

December 10, 2015 at 11:51 am

0 0 Rate This

Bill Schmalfeldt @DeepBrainRadio · 23m23 minutes ago
@mayberryville Just want to make sure the correct person gets the... "credit."

Ummm, think the company Microsoft made the decision to ban you for life – I guess that's what "permanently means

Like

Reply

4/13
2015

**EPWJ** @mayberryville 13 Apr

@EndTimesTribune FINAL NOTICE - Ahem DO NOT CONTACT ME, IF YOU DO, I WILL FILE CRIMINAL CHARGES, sicko, filthy perverted scummy clown

**Details** 18 : 40

**EPWJ** @mayberryville 13 Apr

@EndTimesTribune Why do people who write sick twisted child rape based sex stories think they can bother people who don like porn?,

**Details** 18 : 39

**EPWJ** @mayberryville 13 Apr

@EndTimesTribune do not EVER contact me - If I wanted a sick, filthy, twisted butt obsessed pervert to contact me - I'll find one my own

**Details** 18 : 33

# Bill Thinks Threats Are Reasonable – And Is Then Bewildered With the Response In Return

**EXHIBIT I**

Posted on December 11, 2015 by The Dread Pirate Zombie

ZOMG you guys! He's doing it AGAIN! Is it a day that ends in a "Y"?

That article, which can be found HERE is the beginnings of Billy trying, yet again, to doxx me. And guess what! Maybe he FINALLY FOUND THE REAL ME! Oh Noes! Whatever shall I do? Wherever shall I go? I'm skeert! I must do EVERYTHING HE SAYS!!!!!!1!!1

No, not really, actually. lol

But Bill is MAD about SoMEthiNG! and he's gonna take it out on ME! Because I'm the one who quotes him accurately, and then adds my little bits of commentary and allows you zombie horde members to have some fun pointing and laughing.

Ew. Beds made and ready for sleeping? That doesn't sound creepy Bill. Not in the slightest, no, no, no.

Bill, you seem to think that anything that makes you mad is defamation. You said the words. YOU SAID THEM. And I usually try my best to keep them in a reasonable amount of context, although some things just need to be pull-quoted to stand on their own because they are just that LULZY.

In no meaning of the word is quoting your words defamation. Neither is making up hilarious riffs on them. Neither is twisting them, although we really don't need to do that with you, now do we? You do it well enough yourself. And having my own opinion of your words and expressing it isn't defamation either.

You have never been reasonable, at least not in the interactions with you that I have observed nor in the ones we have had personally. Because behind everything you say is malevolence and a sense of "I want you to do what I want you to do OR ELSE." People tend to have bad reactions to that, Bill.

As to Eric. It is his OPINION that you are selling kiddie porn. Me? I can see where it would be classified as kiddie porn, but not that it would get a person necessarily arrested. I might *wish* that was the case, but you can't have everything in this life, you know? And yes, you are selling it from your apartment. So, since it is his opinion plus a truth, guess what? He gets to say it.

As to Krendler? Aren't you the one who supposedly STARTED Thinking Man's Zombie?

handing it over to someone else. I mean, you said so both in your book and on your blog. Yeah, that's really going to go over well when you try to sue Krendler, yet again, for something that you said you did. You just really know how to fuck yourself over, don't you? And you do it so well and so thoroughly I'm surprised you aren't begging yourself for mercy. Then again, maybe you are begging yourself for something, just not what a normal person would... Oh dear lord. I need brain bleach now. *shudder*

Your protestations that you wanted to leave everything all behind when you left Maryland? Yeah, if I'm remembering correctly, I went COMPLETELY DARK. Until you decided to start up again with people. I was HAPPY to not have to document your assininity. Very, very happy. I would like to be happy again Bill. And you are keeping me from true happiness! QUIT DOING WHAT YOU DO! Then I can be happy. *sob!*

You are free to respond to what you deem are lies. Have I revoked your posting privileges? But when you start trying to control people? To control me? That's where you lose and lose HARD. When have I threatened you? Instead, you threaten me. That doesn't make me a very happy zombie, Bill. Don't threaten the zombie.

Because she just might have to laugh at you. Again. And again.

And we all know that that's what you really don't like.

So yes. Fuck Off And Die is my response to your attempt at threats and intimidation. Your choice if it's in a fire or not. I have no real preference.

# hogewash

Never pick a fight with a man who buys pixels by the terabyte.

## Are You Pondering What I'm Pondering?

Posted on **17 May, 2017**

26 0 Rate This

I think so, Brain … but not needing AAA doesn't mean that someone no longer needs AA.

**SHARE THIS:**

Twitter
Facebook
LinkedIn 1
Email
Print
More
Reblog
Like

One blogger likes this.

**RELATED**

Are You Pondering What I'm Pondering?
In "Humor"

Are You Pondering What I'm Pondering?
In "Humor"

Are You Pondering What I'm Pondering?
In "Humor"

This entry was posted in **Humor** and tagged **Alphabet Soup** by **wjjhoge**. Bookmark the **permalink [https://hogewash.com/2017/05/17/are-you-pondering-what-im-pondering-2713/]** .

**24 THOUGHTS ON "ARE YOU PONDERING WHAT I'M PONDERING?"**

Accipe remedium, Tremule!
on **17 May, 2017 at 12:15** said:

12 0 Rate This

I know of a Cure that resolves both alcoholism and PD permanently. It's a veritable panacea!



Gus Bailey
on **17 May, 2017 at 21:56** said:

2    0    Rate This

~~https://youtu.be/dcsr8oElFmw~~

I denounce myself.



Paul Krendler
on **17 May, 2017 at 12:28** said:

9    0    Rate This

I can't wait to find out from the [redacted-wjjhoge] where you stole this from!



**wjjhoge**
on **17 May, 2017 at 12:31** said:

10    0    Rate This

First, he will have to admit that he's powerless over … oh, let him figure it out on his own.



malclave
on **17 May, 2017 at 12:47** said:

8    0    Rate This

Anodized Aluminum?



Big Bang Theory Team A.A.

BadgerBob
on **17 May, 2017 at 13:15** said:

9 0 Rate This

Day drinking just begun I'm guessing. The cycle goes: start the day dreaming of his man crush Trump in homo-erotic fashion, then teach law on twitter because Schmalfeldt is law, Hoge not law, and finally end the day back to dreaming about his dream lover Trump.

You're no Melania, Billy!

Accipe remedium, Tremule!
on **17 May, 2017 at 15:18** said:

8 0 Rate This

Point of order: SMAWFEWT AM LAW!

lorddewclaw
on **17 May, 2017 at 21:15** said:

4 0 Rate This

FRUBAK YURBER, KRENZLUUURBERERER….

–glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug–

**gb420**
on **17 May, 2017 at 16:41** said:

8 0 Rate This

To be fair, I kinda dont blame Mr. Fakinsons for having a man crush.

Let's see… Hoge is well educated, scintillating wit, awe-some career in an amazing scientific field, knows and knows how to dress.

Seems to tick the man crush boxes to me.

BadgerBob
on **17 May, 2017 at 17:31** said:

8 0 Rate This

potty trained too.

**SecurityFlunky**
on **17 May, 2017 at 20:52** said:

5 0 Rate This

Owns his home AND furniture.

Can get AND keep a job.

This Other Latin F*cker

on **17 May, 2017 at 21:04** said:

4 0 Rate This

His kid still talks to him too.

**wjjhoge**
on **17 May, 2017 at 21:15** said:

13 0 Rate This

Yep, and Will made supper for us this evening. Pork chops with a mango/tomato/onion garnish. Mmmm.

**kagsundaram**
on **17 May, 2017 at 14:51** said:

11 0 Rate This

A Twelve Shuffle program?

A J Pennyworth
on **17 May, 2017 at 17:50** said:

10 0 Rate This

Mr. Schmalfeldt's time line is full of .....



#BillSchmalfeldt #monkeydancing

5 views



**Johnny Alamo**
on **17 May, 2017 at 19:22** said:

9     0     Rate This

THAT MONKEY-BILL IS WEARING NO PANTS!!!!!

AGAIN!!!!!!

ELEVNTY!!!1!!111!!!!!!



**SecurityFlunky**
on **17 May, 2017 at 22:28** said:

4     0     Rate This

Or his diapers!!!



James
on **17 May, 2017 at 18:35** said:

5 0 Rate This

I'll just leave this here in case anyone who needs it is checking this website once or twice a day: http://locator.crgroups.info

LurkyLou

on **17 May, 2017 at 20:17** said:

5 0 Rate This

Just the right amount of duct tape wrapped around a AAA will make it a AA in a pinch.

LurkyLou

on **17 May, 2017 at 20:24** said:

5 0 Rate This

Oh, I forgot about the little ball of foil you'll need too. Cigarette packaging foil can work.

This Other Latin F*cker

on **17 May, 2017 at 21:34** said:

10 0 Rate This

Wow, Bill what courage! You went after an account that you have blocked. What a man! What a stud! Your blow up boyfriend must be impressed at how courageous you are to report an account you can't even see unless you log out and go looking for it. Of course most of us have a name for behavior like that. It's called being a cowardly little bitch. One day you'll surprise everyone and at least have the courage to beat up a toddler.....oh wait....a toddler kicked your ass in court.



**Carolina Iconoclasts** @PodcastPair · 2h
Our pal @PaulZKrendler issued a challenge to me. #ComeA
I'd respond but... I already came at him @Redheadturkey

**Account suspended**
This account has been suspended. Learn more about why Twitter suspends accounts, o

1

BadgerBob
on **17 May, 2017 at 21:59** said:

9 0 Rate This

At least Bill today has demonstrated he knows how to contact twitter and can fulfill document and discovery requests now. Granted it will be embarrassing in the future to have to ask them for account information on a website he is currently using and has been banned from.

As lorddewclaw noted above:

–glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug glug–

Krendler made the monkey dance to his tune again.

**SecurityFlunky**
on **17 May, 2017 at 22:34** said:

5 0 Rate This

Another extremely executed play by Krendler, resulting in yet another statement against his own interests by Bill.

Bill should have an Admiral Akbar tattoo he 's fallen into these little traps over and over again .

 Some1
on **17 May, 2017 at 23:53** said:

8    0    Rate This

Hey, if you're involved in a lawsuit where one of the complaints is that someone maliciously targeted a Twitter account, what better tactic could there be than to admit you targeted a Twitter account and got it banned?

The Thinking Man's Zombie

# The young man is Plaintiff's son, the young lady is Plaintiff's daughter

## Photographs & Memories

IT'S BEEN

211 Days

SINCE BILL SCHMALFELDT SAID THE KOPS ARE KOMING I wonder how high this thing goes before smoke starts pouring out...

IT HAS BEEN

27 Days

SINCE THE LAST TEAM KIMBERLIN FORGERY ACCIDENT

...AND TIPS!!

VISA
AMEX
RECENT POSTS
FOLLOW ME ON TWITTER
ARCHIVES
META
CATEGORIES

Not Quite What He Was Wanting to Convey | BILLY SEZ – The Wi... https://billysez.wordpress.com/2017/04/20/not-quite-what-he-was...
4:17-cv-01310-RBH-KDW Date Filed 05/19/17 Entry Number 1-1 Page 38 of 41

**BILLY SEZ – The William M. Schmalfeldt Feltdown Observer**

"All that is necessary to discredit Bill Schmalfeldt, is to quote Bill Schmalfeldt" -W. S. McCain

# Not Quite What He Was Wanting to Convey

Posted on April 20, 2017 by The Dread Pirate Zombie

But when he admits something, boy howdy does he cop to it!

Paul Krendler @PaulZKrendler · 17h
It's Not A Krendler-Free Zone... thinkingmanszombie.com/2017/04/its-no...
●●●○○ Verizon
7:00 PM
26%
s3.tracemyip.org
Go Back
GEO LOCATION
ISP DATA
Note: The map location is approximate. In case of a security issue and/or to identify this visitor, please contact this visitor's ISP with this log's IP number. If you have tagged this visitor and specified a custom street address, the map will continue to display the originally detected GEO IP location.

Clinton Iconoclast
@Iconoclast52732

Follow

Replying to @PaulZKrendler

Stalky McStalker demonstrates his stalking prowess. It's all he has.

9:37 AM - 20 Apr 2017

Why yes. Stalking is all Bill Schmalfeldt has and he's so very, VERY good at it. How kind of him to admit it.

And, in case he doesn't remember.

Four. Covering six. Across three. In five.

1 of 4 5/18/17, 1:21 PM

**Share this:**

Press This | Twitter | Facebook | Google

Reblog | Like

5 bloggers like this.

**About The Dread Pirate Zombie**

Member of the Zombie Horde and Lickspittle Minion. Out to eat your brainnnsssss. And a few other sweetbreads because they are so nomm-y. Be afraid. Be very afraid.

View all posts by The Dread Pirate Zombie →

This entry was posted in Bill, Butthurt, FAIL Raaaaage!, Hypocrisy, Laughing at Losers, Look Deep in the Mirror. Bookmark the permalink.

## 10 Responses to *Not Quite What He Was Wanting to Convey*

**Neal N. Bob** *says:*

April 20, 2017 at 1:24 pm

Actually, I love my lulcow so much precisely because he isn't very good at stalking. The overwhelming majority of the time, he winds up stalking the wrong person and gets a shiny new restraining order for the collection.

Watching Bill Schmalfeldt "investigate" is a lot like watching a cat run into a glass door. And as anybody who has ever owned a cat knows, it never gets less funny.

And for bonus giggles, he abandons the cat whenever he feels the need to flee whatever state he's in at the time.

Name one other person in human history that lost in court to an unrepresented three year old.

That's our Bill.

★ Liked by 3 people

Reply

**The Dread Pirate Zombie** *says:*

April 20, 2017 at 2:20 pm

'Tis true. It's always funny watching cats run into glass doors. You know when you have a smart one when they only do it once. Bill keeps doing it over and over and over again.

★ Liked by 3 people

Reply

**Dianna** *says:*

April 20, 2017 at 11:33 pm

I'm having an emotional issue about the animal abandonment.

Phone, beach front condo.

★ Liked by 2 people
Reply

**John "Minemyown" Doe** *says:*
April 20, 2017 at 5:12 pm

Dam, Bill did not read the note.

★ Liked by 2 people
Reply

**Grace** *says:*
April 20, 2017 at 7:06 pm

Times Returned: 43

Good grief. And, now Stalky McStalker Schmalfeldt has a Stalky McStalker "Sweetie" to help him obsess over Krendler and The Zombie Horde.

These worthless, loony-leftist goons have all the time in the world to stalk and harass and curse their betters online... all thanks to hard-working taxpayers, and the generosity of those willing to give them handouts and donate to their GoFeedMe "fundraisers."

Living online, on lies, and largesse. Two sleaze in a pod.

★ Liked by 2 people
Reply

**Techno Jinxx** *says:*
April 20, 2017 at 9:06 pm

i'm still not convinced "sweetie" is actually real, consider we have all seen Shakes having conversations with his own socks on Twitter and his (many times deleted then renamed) blogs after all.
HOWEVER if she should turn out to be real, I hope she likes being a beard. IYKWIMAITYD

★ Liked by 2 people
Reply

**The 13th Duke of Wymbourne** *says:*
April 21, 2017 at 5:48 am

Sweetie, don't sign that beneficiary form for him.

And on an unrelated note, yes Bill, you should totes eat those delicious mushrooms. It's her signature dish! Mmm-mm.

★ Liked by 2 people
Reply

**Techno Jinxx** *says:*
April 20, 2017 at 9:08 pm

Now THAT is some Bil-logic there!!
Krendler points out how many times BILL has tried to view TMZ and it's KRENDLER that is the "stalker" for pointing it

out....

boy it's a good thing Shakey has no family that gives a shit about him, otherwise he'd be 5150 and we'd have nothing this good to PLM.

★ Liked by 2 people

Reply

**librarygryffon** *says:*

April 20, 2017 at 9:33 pm

Hey, Unca Biwwy is showing some consistency for almost the first time in the years it has been my displeasure to be aware of him! I seem to recall him accusing John Hoge of stalking for precisely the same reasons, noting how many times UB had visited by looking at his own (John looking at John's own) visitor logs.

But if UB looks at his visitor logs and sees a single visit from anywhere near where he thinks one his harassment victims lives, that's just fine, and keeping track of what's going on.

As they say, without double standards he wouldn't have any standards at all.

★ Liked by 2 people

Reply

**JeffM** *says:*

April 22, 2017 at 1:08 am

I believe you are wrong about the number of standards. I suspect he has at least as many as he has chins.

★ Liked by 1 person

Reply

---

**BILLY SEZ – The William M. Schmalfeldt Feltdown Observer**

*Blog at WordPress.com.*