William M. Schmalfeldt, Sr.
220 Whitty Rd.
Room 224
Myrtle Beach, SC 29579

RECEIVED
USDC CLERK, FLORENCE, SC
2017 MAY 19 PM 12:34



UNITED STATES POSTAL SERVICE.    Retail

**P**   US POSTAGE PAID
        **$6.65**

Origin: 29579
Destination: 29501
0 Lb 12.90 Oz
May 18, 17
456164057B-02          1024

**PRIORITY MAIL ®2-Day**

Expected Delivery Day: 05/20/2017    C029

USPS TRACKING NUMBER



9505 5109 9891 7138 1374 12

Clerk of Courts
US District Court
For the District of South Carolina
Florence Division
401 W. Evans St.
Florence, SC 29501



PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com

Label 107, January 2008

