# United States District Court
## For the District of South Carolina
## Florence Division

RECEIVED
USDC CLERK. FLORENCE, SC
2017 MAY 19  PM 12: 32

|  |  |  |
|---|---|---|
| WILLIAM M. SCHMALFELDT, SR | ) |  |
| Woodbridge Suites | ) |  |
| 220 Whitty Drive, Room 224 | ) |  |
| Myrtle Beach, SC 29579 | ) |  |
| (843) 429-0581 | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| -v- | ) | Case # |
|  | ) |  |
| PATRICK G. GRADY | ) |  |
| 414 Gregory Ave, Apt. 1C | ) |  |
| Glendale Heights, IL 60139 | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| WILLIAM JOHN JOSEPH HOGE III | ) |  |
| 20 Ridge Rd. | ) |  |
| Westminster, MD 21157 | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| ERIC P. JOHNSON | ) |  |
| 240 Boulton Ln. | ) |  |
| Paris, TN 38242 | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| SARAH PALMER | ) |  |
| 501 Redd St. | ) |  |
| Reidsville, NC 27320 | ) |  |

## PRO SE PARTY'S ANSWERS TO RULE 26.01 INTERROGATORIES

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Answer A**

No such persons or entities.

(B)     As to each claim, state whether it should be tried jury or non jury and why.

**Answer B**

As monetary damages are sought, a jury trial is requested.

(C)     State the basis for asserting the claim in the division in which it was filed (or the basis for any challenge to the appropriateness of the division).

**Answer C**

Plaintiff lives in Horry County, so the Florence Division seems appropriate.

(D)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?

**Answer D**

No.

(E) Pro Se Defendants Only.

**Answer E**

N/A

(F)     Pro Se Defendants Only.

**Answer F**

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully submitted this 18th day of May, 2017

William M. Schmalfeldt, Sr., Pro Se
Woodspring Suites
220 Whitty Drive, Room 224

2

Myrtle Beach, SC 29579
843-429-0581
broadwaybill947@outlook.com