July 5, 2017



Clerk of the Court
Case Manager, 4:17-cv-013120-RBH-KDW
US District Court for the District of South Carolina
Florence Division
**McMillan Federal Building**
401 West Evans Street
Florence, South Carolina 29501

Dear Penny:

As we discussed on the phone this morning, I have an updated address for one of the defendants in the above mentioned case. I have included a new summons form with this letter.

Sincerely,

William M. Schmalfeldt, Sr. *Pro Se*
Woodspring Suites
220 Whitty Dr., Room 224
Myrtle Beach, SC 29579
843-429-0581
broadwaybill947@outlook.com