**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| William M. Schmalfeldt, Sr )<br>    Plaintiff )<br>    )<br>v. )<br>    )<br>Patrick G. Grady, William John )<br>Joseph Hoge, III, Eric P. Johnson )<br>And Sarah Palmer )<br>    Defendants )<br>    ) | **CERTIFICATE OF SERVICE**<br><br>CA No. 4:17-cv-01310 RBH-KDW |

On July 17, 2017, I, Louis D. Nettles, Attorney for Defendant Hoge served,

or attempted to serve the Notice of Appearance on Plaintiff William M. Schmalfeldt, Sr. , as follows:

By depositing the same in the United States Mail, First Class Postage Pre-paid to addressed as follows:

William M. Schmalfeldt, Sr.
Woodbridge Suites
220 Whitty Drive, Room 224
Myrtle Beach, SC 29579

                        ___*s/Louis D. Nettles*___
                           Louis D. Nettles
                            PO Box 6139
                         Florence SC 29602
                           843-665-0100
                           Bar No. 2521
                        louis@folkenslaw.com