

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**NAME AND ADDRESS UPDATE FORM**

NOTE: Please complete this form when *any* of the listed information should be updated in the Court's records.

YOUR NAME: William M. Schmalfeldt, Sr.

Case Number: 4:17-cv-013120-RBH-KDW

ADDRESS: Suburban Extended Stay Hotel

1914 West Lucas Street, Room 170

Florence, SC 29501

PHONE NUMBER: **843-429-0581**

SIGNATURE: *[signed]*

Mail completed form to:

☐ Clerk, U.S. District Court
85 Broad Street
Charleston, SC 29401

☐ Clerk, U.S. District Court
901 Richland Street
Columbia, SC 29201

☒ Clerk, U.S. District Court
McMillan Federal Building
401 West Evans Street
Florence, SC 29501

☐ Clerk, U.S. District Court
Clement F. Haynsworth Bldg.
300 East Washington Street
Greenville, SC 29601