# United States District Court
## For the District of South Carolina
## Florence Division

WILLIAM M. SCHMALFELDT, SR )            )
    *Pro Se Plaintiff*        )
                              )
                         -v-  )   Case # 4:17-cv-01310-RBH-KDW
                              )
PATRICK G. GRADY, et al       )
    *(Defendants)*            )
                              )

**(PROPOSED) ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

Having read and considered Plaintiff's Motion for Leave to File a Second Amended Complaint, and there being no apparent prejudice to the defendants, it is on this _____ day of _____, 2017, ORDERED that Plaintiff's motion be, and hereby is, GRANTED.

The Clerk shall docket Attachment 1 to Plaintiff's motion as Plaintiffs' Amended Complaint.

The Clerk is further directed to amend the docket and case information to reflect that the various John and Jane Does named by Plaintiff are defendants to this action.

_____
R Bryan Harwell, U.S. District Judge