AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| William M. Schmalfeldt, Sr | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:17-cv-01310-RBH-KDW |
| Patrick G. Grady et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sarah Palmer, Eric P. Johnson, and Patrick G. Grady                                         .

Date:    07/20/2017

s/Louis  D. Nettles
*Attorney's signature*

Louis D. Nettles, 02521
*Printed name and bar number*
PO Box 6139
Florence SC 29502

*Address*

louis@folkenslaw.com
*E-mail address*

(843) 665-1000
*Telephone number*

(843) 665-0500
*FAX number*