**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| William M. Schmalfeldt, Sr          ) | |
|     Plaintiff                            ) | **CERTIFICATE OF SERVICE** |
|                                              ) | |
| v.                                            ) | CA No. 4:17-cv-01310 RBH-KDW |
|                                              ) | |
| Patrick G. Grady, William John   ) | |
| Joseph Hoge, III, Eric P. Johnson ) | |
| And Sarah Palmer                      ) | |
|     Defendants                        ) | |
|                                              ) | |

On July 21, 2017, I, Louis D. Nettles, Attorney for Defendants Palmer, Johnson and Grady served,

or attempted to serve the Notice of Appearance on Plaintiff William M. Schmalfeldt, Sr. , as follows:

By depositing the same in the United States Mail, First  Class Postage Pre-paid to addressed as follows:

William M Schmalfeldt, Sr
Suburban Extended Stay Hotel
1914 West Lucas Street, Room 170
Florence, SC 29501


                    *s/Louis D. Nettles*
                    Louis D. Nettles
                    PO Box 6139
                    Florence SC 29602
                    843-665-0100
                    Bar No. 2521
                    louis@folkenslaw.com