# United States District Court
## For the District of South Carolina
## Florence Division

WILLIAM M. SCHMALFELDT, SR )
)
*Pro Se Plaintiff* )
)
-v- ) Case # 4:17-cv-01310-RBH-KDW
)
PATRICK G. GRADY, et al )
*(Defendants)* )
)

---

**PLAINTIFF'S MOTION TO DISMISS THE DOE DEFENDANTS FROM THE INSTANT CASE DUE TO LACK OF AVAILABLE INFORMATION ON IDENTITIES**

Plaintiff Schmalfeldt hereby moves this honorable Court to dismiss the John Doe defendants named in Plaintiff's Second Amended Complaint without prejudice, namely John Doe; Peter Poe; Randy Roe; Jane Doe; Polly Poe, and Rhonda Roe, for lack of information currently available to this *Pro Se* Plaintiff as to their identities as anonymous commenters on blogs operated by the named defendants in the instant case. Without subpoena power at this point, Plaintiff has no way to identify or properly serve the Doe Defendants.

Plaintiff makes this motion to bring the instant case into Proper Form in accordance with the Court's ORDER of July 20, 2017.

Having been notified that Mr. Louis D. Nettles, Esq., has entered his appearance as counsel for Defendants Grady, Palmer and Johnson in addition to his previous appearance for Defendant Hoge and has agreed with this motion, Plaintiff believes this motion will comply with the court's ORDER of July 20, 2017.

**(Signature on following page)**

Respectfully submitted this 24th day of July, 2017     _____
William M. Schmalfeldt, Sr., Pro Se
Suburban Extended Stay Hotel
1914 West Lucas Street, Room 170
Florence, SC 29501
843-429-0581
truthatory@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served on Louis D. Nettles, counsel of record for Patrick Grady, William John Joseph Hoge III, Eric P. Johnson and Sarah Palmer, via electronic mail (Louis@folkenslaw.com) by agreement with counsel.

Florence, South Carolina, this 24th day of July, 2017

_____
William M. Schmalfeldt, Sr., Pro Se
Suburban Extended Stay Hotel
1914 West Lucas Street, Room 170
Florence, SC 29501
843-429-0581
truthatory@outlook.com

2