UNITED STATES DISTRICT COURT

For the District of South Carolina

Florence Division

| | | |
|---|---|---|
| William M. Schmalfeldt, Sr | ) | 4:17-cv-01310 RBH-KDW |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO DISMISS |
| Patrick G. Grady, William John | ) | DOE, POE, ROE, DOE, POE |
| Joseph Hoge, III, Eric P. Johnson | ) | AND ROE FROM THE SUIT |
| And Sarah Palmer, John Doe, | ) | |
| Peter Poe, Randy Roe, Jane Doe, | ) | |
| Polly Poe, and Rhonda Roe, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

Plaintiff has requested that the Court dismiss the Defendants John Doe, Peter Roe, Randy Poe, Jane Doe, Polly Poe and Rhonda Roe without prejudice. These Defendants have not been served nor have they appeared in this action. The undersigned as counsel for the Defendants Grady, Hoge, Johnson and Palmer consents to the dismissal.

                                                               s/*Louis D. Nettles*

                                                               Louis D. Nettles

                                                               PO Box 6139

2

Florence SC 29602  
843-665-0100  
Bar No. 2521  
louis@folkenslaw.com

July 24, 2017

2