**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| William M. Schmalfeldt, Sr ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> Patrick G. Grady, William John ) <br> Joseph Hoge, III, Eric P. Johnson ) <br> And Sarah Palmer ) <br>     Defendants ) <br> ) | **CERTIFICATE OF SERVICE** <br><br> CA No. 4:17-cv-01310 RBH-KDW |

On July 24, 2017, I, Louis D. Nettles, Attorney for Defendants Hoge Palmer, Johnson and Grady served, these Defendant's response to Plaintiff's motion to dismiss (ECF No.37) on Plaintiff William M. Schmalfeldt, Sr.  by email as agreed and Plaintiff acknowledged receipt:

              *s/Louis D. Nettles*
Louis D. Nettles
PO Box 6139
Florence SC 29602
843-665-0100
Bar No. 2521
louis@folkenslaw.com