J-3
BB

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William M. Schmalfeldt, Sr. | 4:17-cv-01310-RBH-KDW |
| DEFENDANT | TYPE OF PROCESS |
| Patrick G. Grady | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William John Joseph Hoge III
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20 Ridge Road, Westminster, MD 21157

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William M. Schmalfeldt
Woodspring Suites
220 Whitty Rd., Room 224
Myrtle Beach, SC 29575

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

(Stamp: UNITED STATES MARSHAL COLUMBIA SC 2017 JUL -7 AM 10:42 RECEIVED)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
W.M.S— Pro Se
TELEPHONE NUMBER: 843-429-0581
DATE: 6/2/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 71
District to Serve No. 71
Signature of Authorized USMS Deputy or Clerk: BBrown
Date: 7-7-17

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 7-15-17    Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | 8.00 | $8.00 | | $0.00 |

REMARKS: 7-7-17 1st Endw Cert Mail #13.50
7-15-17 p5 Fm 3811 returned signed.

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct
Signature
Date: 7-18-17

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 11/13

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery<br>7-15-17 |
| | C. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>William John Joseph Hoge, III<br>20 Ridge Road<br>Westminster, MD  21157 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☒ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7011 1150 0001 6753 6448 | 4:17-1310 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

