# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| William M. Schmalfeldt, Sr )<br>    Plaintiff            )<br>                              )<br>    v.                        )<br>                              )<br>Patrick G. Grady, William John )<br>Joseph Hoge, III, Eric P. Johnson )<br>And Sarah Palmer             )<br>    Defendants              )<br>                              ) | **CERTIFICATE OF SERVICE**<br><br>CA No. 4:17-cv-01310 RBH-KDW |

On August 3, 2017, I, Louis D. Nettles, Attorney for Defendants Hoge Palmer, Johnson and Grady

served, these Defendant's Motions to Dismiss Motion to Strike and Motion to Make More Definite on

Plaintiff William M. Schmalfeldt, Sr.  by email as agreed and mailed a copy postage prepaid to :

Mr. Bill Preston-Schmalfeldt
Woodspring Suites
229 Whitty Dr Room 121
Myrtle Beach SC 29579


    ___*s/Louis D. Nettles*___
      Louis D. Nettles
       PO Box 6139
     Florence SC 29602
       843-665-0100
       Bar No. 2521
    louis@folkenslaw.com