# EXHIBIT A

Blog post by Plaintiff including post by Defendant Grady admitting his bipolar disorder.

https://web.archive.org/web/20160104024300/http://thepontificator.com/2016/
01/02/patrick-gradys-mental-illness-is-affecting-his-mental-health/

# Patrick Grady's Mental Illness is Affecting His Mental Health

Published on January 2, 2016 in Featured by The Editor
You have to go looking in the archives. But here it is. See for yourself why Patrick Grady, aka "Paul Krendler" is a dangerously sick individual who needs to be put away someplace where he won't hurt anyone, or even himself.

Read, and be horrified!

https://web.archive.org/web/20101114110214/http://www.48days.net/forum/topics/help-my-mental-illness-is

# *Help! My Mental Illness Is Affecting My Mental Health!*

- *Posted by Patrick Grady on November 7, 2010 at 9:10am in Miscellaneous*
- *View Discussions*
- 

*Does anyone here suffer from bipolar disorder?*

*Does anyone also suffer from overprotective family always on the watch for that footstep on the manic tripwire?*

*As a sufferer of the disorder, I am prone to big ideas and big plans. Big ideas and big plans = manic behavior.*

*Manic behavior = BAD.*

*But… big plans and big ideas = creating work I love = SUCCESS.*

*So… SUCCESS = BAD?*

*Uh-oh.*

*Basically, I hate my job, and I think of lots of things I could do to create income while I work my way out from under the current job. But every time I open my mouth, my wife says "Sounds like manic behavior to me," and that's the end of that.*

*But wait…here's comes the REAL curveball. Not only am I bipolar, but my 15 year old son is disabled – spina bifida. Health insurance is very, very important at my house!*

*5 years ago, I thought I was boxed in because I couldn't pay my debts. Then I found Dave Ramsey and I've dragged my wife kicking and screaming almost to the point of freedom. But this – I have no defense, because I am bipolar, and I am prone to big thoughts & plans, and she absolutely refuses to a) open up to Dan Miller or Dave Ramsey or Zig Ziglar or any other positive thinker that I read or listen to. Even the Bible doesn't hold any water against her will. Because – and I can't help but love the irony – the act of me engaging in an argument, or even a conversation that involves me saying "You know, I respectfully disagree with you," constitutes manic behavior!*

*How's that for a vicious circle?*

*So – anybody out there have any escape routes that I haven't found?*

*Pat*

Here's where Pat calls his son, his flesh and blood, an "anchor".

## *Profile Information*

*How did you hear about 48Days.NET, and what do you hope to get out of being a part of this community?*
*Dave Ramsey*
*What is your current work situation? Employee, self-employed, generating any income on your own?*
*Employee – 1 full time day job that is not my calling, plus 1 part time job delivering pizza to push the Debt Snowball.*
*And then…what is your goal/dream for your work life?*
*I've been coordinating FPU for 4 years. Every now and then I get a chance to sit down with students and dig into their finances and help them develop plans to get back on track. Whenever I finish, I float back to my car, filled with joy.*

*Whenever I talk about personal finance, I feel like I'm going to explode with passion! I can write, I can speak in front of crowds as long as I'm well prepared, and I have felt for all my adult life that I missed my calling to be a teacher!*

*I know I can monetize this. there are dozens of possible markets and vehicles. The only thing I can't do is find the time.*

*How about your personal life? Any specific goals or achievements or dreams you are pursuing (or want to pursue)?*
*I would love to get out of corporate America. I work for a Fortune 500 company, and I feel anonymous and stifled.*

*__The big anchor that keeps me there__ is the fact that I have a 14 year old son with spina bifida, a crippling birth defect, and I am a diabetic. The need for health insurance is enormous, and I cannot right now see a way to go in the direction God is calling me without putting my health and the health of my son in jeopardy.*

*What would you say are your strongest talents? How are you 'wired' and what can you offer to the world (it's OK if you don't know yet, but knowing is key to pursuing your dreams!)?*

*I have computer programming and analysis skills, but that's not my calling.*

*I love solving problems and teaching people how to solve their own.*

*I can write – I've adapted a novel to a screenplay (for practice) and written a novel and short stories. I find myself drawn toward essays and sermons nowadays, when the mood comes upon me.*

*I will find a reason to stand up in front of almost any open microphone. I'm not afraid to embarrass myself in front of others.* **(Obviously not, Editor)**

And it seems like this Michael Shermwell understands your rationale for the hatred of the true love Gail and I continue to share across the great divide. He wrote, in answer to your whining post…

*It sounds to me like you guys are missing that mutual understanding. Throwing up mania in your face when you have an idea is really unfair and somewhat cruel, if I may be blunt. You are asking for "escape" routes. That doesn't speak to a healthy relationship, and neither does dragging her toward financial freedom "kicking and screaming". It sounds like you two aren't really on the same page. I realize that your disorder and whatever issues she has probably don't sync up, as any two people will have different views on things, but you can find some middle ground. It sounds like she has devalued your opinion based on your disorder. Oh, and to be fair, things rarely go one way. In other words, I'm sure you both have responsibility for where you are right now in your relationship. So that's really where you will find "escape", by working on your relationship, not leaving it or ignoring her wishes. True "escape" from these issues will come with time, effort, and understanding. Then you can find peace.*

## AND ALL THIS SHIT WAS BACK IN 2010!!!

How about YOU get YOUR shit together before dumping on me or my memories of 27 fulfilling years with the woman of my dreams, you sick, psychotic fuck?

(Drops mic.)

12