OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 2317
FLORENCE, SOUTH CAROLINA 29503

OFFICIAL BUSINESS

ITEM X-RAYED BY USMS

COLUMBIA
SC 290
26 JUL '17
PM 4 L

02 1P
0000849810    JUL 25 2017
$ 000.46⁰
MAILED FROM ZIP CODE 29501

2017 AUG 14 AM

RTC

William M Schmalfeldt, Sr
Suburban Extended Stay Hotel
1914 West Lucas Street, Room 170
Florence, SC 29501

NIXIE        296    7E  1          0008/10/17
        RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 29503231717    *2017-08547-25-40

29503>2317
29501-123214

