August 2, 2017

RECEIVED
USDC CLERK, FLORENCE, SC
2017 AUG 18  PM 12: 35

Clerk, US District Court
McMillan Federal Building
401 West Evans St.
Florence, SC 29501

Dear Clerk:

Please find enclosed a change of address form from the plaintiff in **4:17-cv-01310-RBH-KDW**.

The hotel fire at the Suburan Extended Stay Hotel on Sunday required our relocation. If we should find a permanent residence in the meantime, we will keep you informed.

A copy of this form has been provided to the defendants' representative, Mr. Louis D. Nettles, Esq. via email, Louis@Folkenlaw.com and he is aware of the relocation.

Thank you.

William M. Schmalfeldt, Sr.
WoodSprings Suites
220 Whitty Drive, Rm. 121
Myrtle Beach, 29579
(843) 429-0581
truthatory@outlook.com