AUGUST 31, 2017

USDC CLERK RECEIVED
CLERK, FLORENCE, SC
2017 SEP -5 PM 2:01

CLERK OF THE DISTRICT COURT
US District Court for the District of South Carolina
Florence Division
McMillan Federal Building
401 West Evans Street
Florence, South Carolina 29501

RE:

PLEASE ACCEPT THE ENCLOSED CHANGE OF ADDRESS FORM FROM THE PRO-SE PLAINTIFF IN THE ABOVE-REFERENCED CASE.

This will be our final move, as we transition from being hotel dwellers to having an actual apartment.

WILLIAM M. SCHMALFELDT, SR
2600 S. OCEAN BLVD., #105
MYRTLE BEACH, SC 29577
(843) 429-0581

COPY SENT VIA E-MAIL TO ATTORNEY OF RECORD FOR DEFENDANTS