Morris
08/30  J-4
BB

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William M. Schmalfeldt, Sr. | 4:17-cv-01310-RBH-KDW |
| DEFENDANT | TYPE OF PROCESS |
| Patrick G. Grady | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Patrick G. Grady
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
414 Gregory Ave., Apt. 1C, Glendale Heights, IL 60139

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William M. Schmalfeldt
Woodspring Suites
220 Whitty Rd., Room 224
Myrtle Beach, SC 29575

Number of process to be served with this Form 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 843-429-0581
DATE: 6/2/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 71
District to Serve No.: 024
Signature of Authorized USMS Deputy or Clerk: B.Brown
Date: 7-7-17

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 10/26/17  Time: 14:12 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65×2×2 = 260.00 | .535×30×2 = 32.10 | 8.00 | 300.10 | | $0.00 |

REMARKS: 7-7-17 1st Endvr Cert Mail $13.50
8-24-17 PS Fm 3811 returned unclaimed - Fwd to D024 for P.S.
9/27/17 - @ 12:20 DUSM Harris knocked on door. No one home.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 11/13

9/27/17-10/4 - 847-705-6948 called over 10 times. No answer and voicemail has GRADY's voice but is currently full.

10/24/17 3rd endeavor no answer 1 DUSM 2 hours 30 miles