

Karl A. Folkens
Louis D. Nettles
Philip B. Atkinson
Kave Patel Fralev

December 5, 2017

The Honorable Kaymani D. West
U.S. Magistrate Judge
401 West Evans Street
Florence, SC 29501

Re: Schmalfeldt v. Grady et al. 4:17-cv-01310 RBH-KDW

Dear Judge West:

This letter is to point out a minor typographical error in the second line of your Report and Recommendation filed today. As the body of the Report makes clear there is a "not" omitted. The clause should read "against person who are *not* residents of South Carolina" . Thank you for your attention to this.

With kind regards, I am

Yours very truly,

Louis D. Nettles